Summons in a Civil Action (Rev 11/97)



# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 1 7 2008

C. . . . . . . . . . . . COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

J & J Sports Productions, Inc.

**vs**

Kenneth James Randall and Richard Allan
Wright, individually and d/b/a Triple Crown Pub

**SUMMONS IN A CIVIL ACTION**

Case No.

## '08 CV 4 9 4   JAH BLM

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

   An answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. SAMUEL HAMRICK, JR.

MAR 1 7 2008

_____          _____

CLERK                                       DATE

J. H_____

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

