```
Gary Nelson        Cal. SBN 85487
Attorney at Law
121 Broadway, Suite 250
San Diego, CA 92101
(619) 239-2530

Attorney for Defendants
KENNETH JAMES RANDALL and
RICHARD ALLAN WRIGHT
```

FILED

08 MAY 30 PM 1:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: EC    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>    Plaintiff,<br><br>    vs.<br><br>KENNETH JAMES RANDALL and<br>RICHARD ALLAN WRIGHT,<br>individually and dba<br>TRIPLE CROWN PUB,<br><br>    Defendants. | Case Number: '08 CV 494 JAH BLM<br><br>**ANSWER OF KENNETH JAMES RANDALL AND RICHARD ALLAN WRIGHT TO COMPLAINT FOR DAMAGES** |

Defendants Kenneth James Randall and Richard Allan Wright (hereinafter "Defendants"), together doing business as Triple Crown Pub, a dba of Triple Crown Pub, Inc., a California corporation, answer plaintiff's Complaint (hereinafter "the Complaint") as follows. Unless otherwise indicated, their answers as "defendants" is intended to include each defendant's individual as well as joint responses to the allegations.

### General Allegations

1.  Defendants lack sufficient knowledge or information to

ORIGINAL



form a belief as to the truth of the allegations contained in Paragraphs 1, 2 and 6 of the Complaint; and by reason thereof they deny all of the allegations contained therein.

2. As to Paragraphs 3, 4 and 5 of the Complaint, defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations pertaining to personal jurisdiction, venue or intradistrict assignment and for those reasons they deny all allegations pertaining thereto. As to the remaining allegations contained in those Paragraphs, defendants, and each of them, deny all allegations that they committed wrongful acts against plaintiff and further deny all allegations and inferences that they violated any of plaintiff's rights or that they committed any wrongful acts of interception, publication or tortious conversion of plaintiff's property as alleged in the Complaint.

3. As to Paragraphs 7 and 8 of the Complaint, defendants admit that they own and operate a business known as the Triple Crown Pub, which is incorporated as a California corporation, Triple Crown Pub, Inc., and is located at 3219-3221 Adams Avenue, San Diego, CA 92116. Defendants deny all other allegations contained in Paragraphs 7 and 8 of the Complaint as redundant and confusing legal conclusions.

**Answer To Allegations As To Count One**

4. As to Paragraph 9 of the Complaint, defendants incorporate by reference the respective admissions and denials contained in Paragraphs 1 through 3 of this Answer as though set forth in full as to Count One of the Complaint.

5. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraphs 10, 11 and 12 of the Complaint; and by reason thereof they deny all of the allegations contained therein.

6. As to Paragraph 13 of the Complaint, defendants deny that they, or any agent, servant, workman or employee of theirs or of their dba Triple Crown Pub, unlawfully intercepted, unlawfully published, unlawfully divulged or unlawfully exhibited any Program at the time of its transmission as alleged in said Paragraph. Defendants further deny the allegations in said Paragraph that the allegedly unauthorized interception, publication, exhibition and divulgence was done willfully and for purposes of direct or indirect commercial advantage or private financial gain.

7. As to Paragraph 14 of the Complaint, defendants are informed and believe that 47 United States Code section 605, *et seq*, prohibits unauthorized interception, publication, divulgence or reception of wire or radio communications. However, they lack sufficient knowledge or information to form a belief as to the truth of plaintiff's allegations that plaintiff possessed the distribution rights as it alleges in Paragraph 14 of its Complaint and by reason thereof they deny the allegations contained therein to that effect.

8. Defendants deny that they violated 47 United States Code section 605, *et seq*, as alleged in Paragraph 15 of the Complaint. Defendants lack sufficient information, knowledge and belief as to whether plaintiff is entitled under the law to maintain a private right of action against them pursuant to said statute as alleged

in Paragraph 16 of the Complaint and, by reason thereof, deny such allegations. Defendants further deny that plaintiff is entitled to damages against said defendants, or either of them, in the amounts or nature as alleged in Paragraph 17 of the Complaint or in any other amounts or nature whatsoever.

### Answer To Allegations As To Count Two

9. As to Paragraph 18 of the Complaint, defendants incorporate by reference the admissions, denials and other responses contained in Paragraphs 1 through and including 8 of this Answer as though they were set forth in full herein.

10. Defendants deny that they committed any unauthorized interception, exhibition, publication or divulgence of any Program to which plaintiff allegedly possessed exclusive nationwide television distribution rights as plaintiff alleges in Paragraph 19 of the Complaint; and they further deny any violation by them, or by either of them, of 47 United States Code section 553, *et seq*, which statute they are informed and believe prohibits unauthorized interception or reception of communications offered over a cable system.

11. Defendants deny that they violated 47 United States Code section 553, *et seq*, as alleged in Paragraph 20 of the Complaint, lack sufficient information, knowledge and belief as to whether plaintiff is entitled under the law to maintain a private right of action against them pursuant to said statute as alleged in Paragraph 21 of the Complaint and, by reason thereof, deny such allegations. Defendants further deny that plaintiff is entitled to damages against said defendants, or either of them, in the

amounts or nature as alleged in Paragraph 22 of the Complaint or in any other amounts or nature whatsoever.

### Count 3

12. In answer to Paragraph 23 of the complaint defendants incorporate by reference the admissions, denials and other responses contained in Paragraphs 1 through and including 11 of this Answer as though they were set forth in full herein.

13. Defendants, and each of them, deny each and every allegation contained in Paragraphs 24, 25 and 26 of the Complaint; deny that defendants committed any willful, malicious or intentionally harmful acts against plaintiff, and deny that plaintiff is entitled to any damages, compensatory or punitive, from defendants, or either of them.

### SEPARATE AFFIRMATIVE DEFENSES

#### First Affirmative Defense

(Reservation of Rights)

14. Inasmuch as plaintiff has refused to disclose to defendants any evidence it allegedly possesses that it asserts as proof of wrongdoing by defendants, they presently have insufficient knowledge or information upon which to form a belief as to whether they may have additional defenses available to them; and by reason thereof, they reserve the right to assert additional affirmative defenses in the event discovery or investigation in this matter indicates such defenses are available.

### Prayer

**Wherefore**, defendants, and each of them, pray as follows as to each Count:

1. That plaintiff take nothing by way of its complaint;

2. That defendants be awarded all costs of suit;

3. That the Court award reasonable attorney's fees to defendants; and

4. For such other and further relief as the Court deems just and proper.

Dated: May 30, 2008.

Gary Nelson
Attorney at Law
Attorney for defendants
Kenneth James Randall and
Richard Allan Wright, dba
Triple Crown Pub

Gary Nelson SBN: 85487    CASE NUMBER:   '08 CV 494 JAH BLM
121 Broadway, Suite 250
San Diego, California 92101
(619) 239-2530

### DECLARATION OF SERVICE

I, the undersigned, say: I am a citizen of the United States, over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned delivery occurred, and not a party to the subject cause. My business address is 121 Broadway, suite 250, San Diego, California 92101. On May 30, 2008, I served a copy of the **ANSWER OF KENNETH JAMES RANDALL AND RICHARD ALLAN WRIGHT TO COMPLAINT FOR DAMAGES** by placing a true and correct copy of the same in the United States Mail, first class postage fully prepaid thereon, addressed as follows:

> Thomas P. Riley, Esq.
> Law Offices of Thomas P. Riley, P.C.
> First Library Square
> 1114 Fremont Avenue
> South Pasadena, CA 91030

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2008, at San Diego, California.

_____
Gary Nelson