1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| J & J Sports Productions, Inc., | CASE NO. CV 08-0494 JAH (BLM) |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT KENNETH JAMES RANDALLRICHARD ALLAN WRIGHT, individually and d/b/a TRIPLE CROWN PUB |
| vs. | |
| Kenneth James Randall, et al. | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants KENNETH JAMES RANDALL and RICHARD ALLAN WRIGHT, individually and d/b/a Triple Crown Pub, that the above-entitled action is hereby dismissed **without prejudice** against KENNETH JAMES RANDALL and RICHARD ALLAN WRIGHT, individually and d/b/a Triple Crown Pub to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

**STIPULATION OF DISMISSAL**
**CV 08-0494 JAH (BLM)**
**PAGE 1**

   **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by July 16, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

   This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 6, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 6/12/08

GARY NELSON, ATTORNEY AT LAW
By: Gary Nelson
Attorneys for Defendants
KENNETH JAMES RANDALL and
RICHARD ALLAN WRIGHT, individually and d/b/a
TRIPLE CROWN PUB

**IT IS SO ORDERED**:

_____          Dated:_____
The Honorable John A. Houston
United States District Court
Southern District of California

## PROOF OF SERVICE (SERVICE BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 6, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS KENNETH JAMES RANDALL and RICHARD ALLAN WRIGHT, individually and d/b/a TRIPLE CROWN PUB**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Gary Nelson, Esquire          Attorneys for Defendants
GARY NELSON, ATTORNEY AT LAW
121 Broadway, Suite 250
San Diego, CA 92101

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 6, 2008, at South Pasadena, California.

Dated: June 6, 2008              /s/ Terry Houston
                                 TERRY HOUSTON

STIPULATION OF DISMISSAL
CV 08-0494 JAH (BLM)
PAGE 3