UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC.,<br><br>            Plaintiff,<br>v.<br><br>KENNETH JAMES RANDALL, et al.,<br><br>           Defendants. | Case No.: 08cv494-JAH (BLM)<br><br>**ORDER GRANTING JOINT MOTION OF DISMISSAL OF PLAINTIFF'S COMPLAINT** |

Pursuant to the joint motion of dismissal filed by the parties **IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED WITHOUT PREJUDICE** against **KENNETH JAMES RANDALL** and **RICHARD ALLAN WRIGHT**, individually and d/b/a Triple Crown Pup. The Court shall retain jurisdiction to enforce the settlement agreement between the parties.

**IT IS FURTHER ORDERED** that provided no party referenced above has filed a motion to reopen this action by **July 16, 2008**, the dismissal shall be deemed to be **WITH PREJUDICE**.

DATED: June 27, 2008

JOHN A. HOUSTON
United States District Judge